AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
OCT 1 7 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
TIMOTHY ERIC HARDEMAN

)
)
)
)
)
)
)

Case No.   SA-19-CR-104-(1)-OLG

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_             TIMOTHY ERIC HARDEMAN                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

SEE THE ATTACHED PS8 PETITION

Date:    10/10/2019

_Issuing officer's signature_

City and state:    SAN ANTONIO, TEXAS

Rosanne M. Garza, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 10/16/19, and the person was arrested on _(date)_ 10/16/19 at _(city and state)_ ALEXANDRIA, VA. |
| Date: 10/16/19 |

_Arresting officer's signature_

LUIS MARTY, DUSM
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

*Aleu#*
*1:19 mj 447*

| | | |
|---|---|---|
| United States of America<br>v.<br>TIMOTHY ERIC HARDEMAN | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   SA-19-CR-104-(1)-OLG |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    TIMOTHY ERIC HARDEMAN                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

SEE THE ATTACHED PS8 PETITION

Date:     10/10/2019                                       _Rosanne M Garza_
                                                               *Issuing officer's signature*

City and state:    SAN ANTONIO, TEXAS                        Rosanne M. Garza, Deputy Clerk
                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                                        _____<br>                                                                 *Arresting officer's signature*<br><br>                                                                 _____<br>                                                                 *Printed name and title* |

PS 8
(Rev. 12/04)

**FILED**

# UNITED STATES DISTRICT COURT

for

Western District of Texas

OCT - 9 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S.A. vs. Timothy Eric Hardeman

Docket No. 5:19-CR-104-OLG(1)

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Brenda A. Gomez                                          , pretrial services/probation officer, presenting an

official report upon the conduct of defendant        Timothy Eric Hardeman                                          ,

who was placed under pretrial release supervision by the  Honorable Henry J. Bemporad                        ,

sitting in the court at  San Antonio, Texas                               on the 12th   date of March    , 2019

under the following conditions:

> Please refer to the Order Setting Condition of Release of Defendant filed on March 12, 2019.
> Pretrial Services alleges the defendant violated the following conditions:
> (1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant shall report as soon as possible, to Pretrial Services or supervising officer, any contact with law enforcement personnel including, but not limited to , any arrest, questioning, or traffic stop.
> (6) The defendant is placed in the custody of:  Willie Ray Hardeman who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to ensure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any conditions of release or disappears.
> (7a) The defendant must report to Pretrial Services as directed.
> (7p) The defendant must refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> Hardeman is supervised in the Eastern District of Virginia.  A bond violation notice recommending no Court action was submitted to the Court on September 4, 2019 to advise that Hardeman failed to report for drug testing on the following dates: May 14, 2019; June 19, 2019; July 8, 2019; July 24, 2019; August 12, 2019; and August 23, 2019.  Pretrial Services recommended no Court action and instructed Hardeman attend the Eastern District of Virginia's Sanction Group and participate in a substance abuse assessment.
>
> On October 1, 2019, Pretrial Services received formal notice from Hardeman's supervising Officer, USPO Nicole Andrews, of his continued noncompliance.  On September 18, 2019, Hardeman arrived approximately 50 minutes late to the hour long Sanction Group, and he was denied entrance.  USPO Nicole Andrews further advised that during a home visit on September 26, 2019, Hardeman's father informed USPO Andrews that Hardeman had been found guilty of Intoxication in Public which occurred on or about June 5, 2019.  Hardeman failed to appear for his Court hearings in Prince William County General District Court for this offense, and Hardeman was found guilty in absentia on or about August 5, 2019.  Hardeman nor his third party custodian, Captain Willie Ray Hardeman, who is employed at the Prince William County Sheriff's Office, informed USPO Andrews or this Pretrial Officer that Hardeman was charged with this new offense.
>
> AUSA Eric Yuen was informed of the violations and proposed recommendation.

PRAYING THAT THE COURT WILL ORDER a warrant of arrest be issued and the defendant be brought before the Court to show cause as to why Hardeman's bond should not be revoked.

PS 8
(Rev. 12/04)

Petition for Action on Conditions of Release
USA vs Timothy Eric Hardeman
Docket Number: 5:19-CR-104-OLG(1)
Page 2 of 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/02/2019

ORDER OF COURT

Considered and ordered this ⟨9th⟩ day of ⟨October⟩, 2019   and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer     Phone Number     | +1 (210) 244-5318 |

Supervisory
U.S. Pretrial Services Officer     Phone Number     | +1 (210) 244-5446 |

Place    U.S. Pretrial Services
         727 E. Cesar E. Chavez, Room 636
         San Antonio, TX 78206